1

2

3

4

5

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RYAN BIGOSKI-ODOM,                        No. 2:12-CV-0197-KJM-CMK-P

12              Plaintiff,

13       vs.                                    <u>ORDER</u>

14    SOLANO COUNTY JUSTICE
      CENTER, et al.,
15
                Defendants.
16
      _____/
17

18              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

19    42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for leave to proceed in forma

20    pauperis (Doc. 13).  Because plaintiff was granted leave to proceed in forma pauperis on March

21    5, 2012, the current motion is denied as unnecessary.

22              Plaintiff also seeks an update from the court on the status of his case.  A review of

23    the court's docket reflects that plaintiff's first amended complaint was dismissed on October 22,

24    2012, with leave to file a second amended complaint within 30 days of that date.  Plaintiff is

25    cautioned that failure to file a second amended complaint in the time provided may result in

26    dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

                                                1

1    See Local Rule 110.

2              IT IS SO ORDERED.

3

4     DATED:  November 5, 2012

5                                                        _____
                                                         **CRAIG M. KELLISON**
6                                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26