1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RYAN BIGOSKI-ODOM,                          No.  2:12-CV-0197-KJM-CMK-P

12                   Plaintiff,

13          v.                                    ORDER

14   JAMES FIRMAN, et al.,

15                   Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42

18   U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by

19   Eastern District of California local rules.

20          On February 3, 2016, the Magistrate Judge filed findings and recommendations,

21   which were served on the parties and which contained notice that the parties may file objections

22   within a specified time.  No objections to the findings and recommendations have been filed.

23          The court presumes that any findings of fact are correct.  *See Orand v. United*

24   *States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

25   reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

26   1983).  Having reviewed the file, the court finds the findings and recommendations to be

27   supported by the record and by the proper analysis.

28   /////

                                            1

1          Accordingly, IT IS HEREBY ORDERED that:

2                    1.          The findings and recommendations filed February 3, 2016, are adopted in

3     full;

4                    2.          Defendant Jeffrey's unopposed motion for summary judgment (Doc. 41) is

5     granted; and

6                    3.          This action proceeds against defendant Firman only.

7     DATED:  March 22, 2016

8

9

10          _____
            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2